# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNIVERSAL WORLD CHURCH, INC., *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES,<br><br>              Defendant. | CV 07-00103 TJH (AJWx)<br><br>Order to Show Cause |

To Plaintiffs Universal World Church, Inc., Dr. George Marko and the Association of Religious Institutions for Freedom in Los Angeles:

You are Ordered to Appear on Monday, June 30, 2008, at 11:00 a.m., before the Honorable Terry J. Hatter, Jr., in Courtroom 17 of the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California, To Show Cause, if you have any, as to why this matter should not be dismissed for lack of standing by each plaintiff.

It is further Ordered that Plaintiffs shall file and serve any written response on or before Monday, June 16, 2008, and Defendant shall file and serve its reply, if any, on or before Monday, June 23, 2008.

Date: May 19, 2008

Terry J. Hatter, Jr.
Senior United States District Judge